## UNITED STATES v. CHEMCO PHOTOPRODUCTS, INC.

**No. 6075.**—Invoice dated Woburn Green, England, November 14, 1939.
    Certified November 21, 1939.
    Entered at New York, N. Y., December 21, 1939.
    Entry No. 767405.

(Decided November 28, 1944)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.
*Powers, Kaplan & Berger* for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed, subject to the approval of the court, that the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale for home consumption to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States is $147.19 per thousand meters, net packed, and that there was no higher export value.

It is further stipulated and agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is $147.19 per thousand meters, net, packed.

Judgment will be rendered accordingly.